

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DEL/JKW/JBD/AP                                    *271 Cadman Plaza East*
F. #2023R00040                                    *Brooklyn, New York 11201*

March 3, 2025

By ECF and E-mail

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Martial H. Amilcar
       Criminal Docket No. 23-18 (S-1) (AMD)

Dear Judge Donnelly:

    The government respectfully submits this letter to inform the Court and counsel for the defendant Martial H. Amilcar that the Attorney General has authorized and directed the Office not to seek the death penalty against Martial H. Amilcar.

          Respectfully submitted,

          JOHN J. DURHAM
          United States Attorney

      By:    /s/
          Devon Lash
          Jessica K. Weigel
          Joshua B. Dugan
          Andres Palacio
          Assistant U.S. Attorneys
          (718) 254-7000

Cc: Clerk of Court (AMD) (by ECF and Email)
   Defense counsel of record (by ECF and Email)