

Date:11-10-2025

To,The Honorable Judge

Dear Judge

My name is Ketia Joseph Samuel Joseph sister I am writing this letter regarding my brother Samuel Joseph who got murdered.Samuel Joseph was born on November 15,2003 in port -au-prince Haiti . He was the youngest of 9 children , his childhood was filled with laughter and love. He came to America in 2013 where he pursued his middle school in JHS 278 and high school in Erasmus high school.where he quickly became a stand out student . Samuel Joseph joined the basketball team with hopes in making it to the NBA, he even called himself Stephen Curry . His worth was well known emong his friends and family to us he was magnetic. Everybody described him as the heart to every gardering . Someone who laughter can light up even the darkest room. Samuel had a beautiful life ahead his life take a different turn on February 22,2019. The day this young man took his life , the day this young man chose violence , the day this guy shot my brother 7 times with no regrets that's the day our nightmare began that's the day our lives change forever. We hope we got the justice we deserve . Samuel didn't deserve to die the way he did . This 15 year old man did not get to fulfilled his dreams .we love you baby brother I know justice will be serve.

Sincerely the Joseph family .